United States Courts
Southern District of Texas
FILED
**September 22, 2026**
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**4:26-cr-620**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**(1) ANGEL SALDIVAR-JAMES,**

and

**(2) OSCAR ARMANDO ROLAND MENJEVAR,**

Defendants.

**Case No.** ___________________________

**COUNT ONE**
*Conspiracy to Interfere with Commerce by Robbery*
18 U.S.C. § 1951(a)
NMT 20 Years' Imprisonment
NMT $250,000 Fine
NMT Three Years' Supervised Release
Class C Felony

**COUNT TWO**
*Interference with Commerce by Robbery*
18 U.S.C. §§ 1951(a) and 2
NMT 20 Years' Imprisonment
NMT $250,000 Fine
NMT Three Years' Supervised Release
Class C Felony

**COUNT THREE**
*Using, Carrying, Brandishing, Discharging, and Possessing a Firearm During and in Relation to a Crime of Violence Resulting in Death*
18 U.S.C. §§ 924(j)(1) and 2
NMT Life Imprisonment or Death
NMT $250,000 Fine
NMT Five Years' Supervised Release
Class A Felony

**COUNT FOUR**
*Using, Carrying, Brandishing, Discharging, and Possessing a Firearm During and in Relation to a Crime of Violence*
18 U.S.C. §§ 924(c)(iii) and 2
NLT 10 Years' Imprisonment (*Consecutive*)
NMT Life Imprisonment
NMT $250,000 Fine
NMT Five Years' Supervised Release
Class A Felony

**COUNTS FIVE**
*Alien in Possession of a Firearm*

18 U.S.C. § 922(g)(5)
NMT 15 Years' Imprisonment
NMT $250,000 Fine
NMT Three Years' Supervised Release
Class C Felony

$100 Special Assessment (Each Count)

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## INTRODUCTION

At all times material to this Indictment, Esbeidy's Mexican Food, was a restaurant truck engaged in the sale of consumer goods which are shipped in and affect interstate and foreign commerce.

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

Beginning on an unknown date, but no later than December 1, 2025, and continuing thereafter until at least on or about, December 9, 2025, in the Southern District of Texas, the defendants,

**ANGEL SALDIVAR-JAMES**
and
**OSCAR ARMANDO ROLAND MENJEVAR**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of any articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully combine, conspire, confederate, and agree to take and obtain property, namely, U.S. currency, by means of actual and

threatened force, violence, and fear of injury to those in possession of such items.

In violation of Title 18, United States Code, Section 1951(a).

**<u>COUNT TWO</u>**

**<u>Interference with Commerce by Robbery</u>**

On December 4, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**ANGEL SALDIVAR-JAMES**
and
**OSCAR ARMANDO ROLAND MENJEVAR**

aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain personal property, namely United States currency, of Esbeidy's Mexican Food located at 119 W. Dyna Drive, Houston, Texas, which was in the possession and custody of an employee of Esbeidy's Mexican Food, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

**<u>COUNT THREE</u>**

**<u>Discharging a Firearm During and in Relation to a Crime of Violence Resulting in Death</u>**

On or about December 4, 2025, in the Southern District of Texas, the defendants,

**ANGEL SALDIVAR-JAMES**
and
**OSCAR ARMANDO ROLAND MENJEVAR**

aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly

use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Indictment, and in the course of committing said offense, did cause the death of Y.B.H. through the use of a firearm, which killing constituted murder, as defined in Title 18, United States Code, Section 1111, and did aid and abet the same.

In violation of Title 18 United States Code, Sections 924(j) and 2.

**COUNT FOUR**

**Discharging a Firearm During and in Relation to a Crime of Violence**

On or about December 4, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**ANGEL SALDIVAR-JAMES**
and
**OSCAR ARMANDO ROLAND MENJEVAR**

aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**COUNT FIVE**

**Alien in Possession of a Firearm**

Beginning on an unknown date, but no later than or about December 4, 2025, and continuing through on or about December 8, 2025, in the Houston Division of the Southern District

of Texas, the defendant,

**ANGEL SALDIVAR-JAMES**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a handgun, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5), 924(a)(8), and 2.

**A TRUE BILL:**

Original signature on file

______________________________
**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT of TEXAS**

**BY:** ______________________________
**Charles B. Hagerman**
**Assistant United States Attorney**