USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED
*September 22, 2026*
Nathan Ochsner, Clerk of Court

HOUSTON DIVISION

No. **4:26-cr-620**

USAO#: 2026R01387
MAG NO.

CRIMINAL INDICTMENT

Filed: ____________ Judge: **Eskridge**

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | |
|---|---|
| AARON F. REITZ, USA | (713) 567-9000 |
| CHARLES B. HAGERMAN, AUSA | (713) 567-9000 |

| Defendant | | Appt'd | Private |
|---|---|---|---|
| ANGEL SALDIVAR-JAMES (Cts.1, 2, 3, 4, 5) | | ☐ | ☐ |
| OSCAR ARMANDO ROLAND MENJEVAR (Cts.1, 2, 3, 4) | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Conspiracy to Interfere with Commerce by Robbery [18 U.S.C. § 1951(a)]
Ct. 2: Interference with Commerce by Robbery [18 U.S.C. §§ 1951(a) and 2]
Ct. 3: Discharging a Firearm During and in Relation to a Crime of Violence Resulting in Death [18 U.S.C. §§ 924(j)(1) and 2]
Ct. 4: Discharging a Firearm During and in Relation to a Crime of Violence [18 U.S.C. §§ 924(c)(iii) and 2 ]
Ct. 5: Alien in Possession of a Firearm [18 U.S.C. § 922(g)(5)]

Charges Total Counts (5)

**PENALTY:**
Cts. 1 & 2: Not more than 20 years imprisonment, a $250,000 fine, not more than 3 years SR, $100 SA.
Ct. 3: The maximum statutory penalty for an offense under 18 U.S.C. § 924(J): punishment of death or "imprisonment for any term of years or for life;" $250,000 fine; 5 years SR; $100 SA.
Ct. 4: Not less than 10 years, up to Life imprisonment (consecutive); $250,000 fine, not more than 5 years SR, $100 SA.
Ct. 5: Not more than 15 years imprisonment, $250,000 fine, not more than 3 years SR, $100 SA.

☑ In Jail All Defendants

☐ On Bond

NAME & ADDRESS
of Surety

☐ No Arrest

## PROCEEDINGS:

| |
|---|
| |
| |
| |
| |